854

No. 94–9751.  DAILEY v. HOWARD.  Ct. Civ. App. Ala.  Certiorari denied.

No. 94–9752.  SKANDIER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–9753.  HABURN ET AL. v. WAKE COUNTY ET AL.  Sup. Ct. N. C.  Certiorari denied.

No. 94–9754.  LUCCIOLA v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 94–9755.  SANBORN v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 94–9756.  SIMMONS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–9757.  PRATHER v. BEYER, ASSISTANT COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–9758.  HERRERA-ISAIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9759.  MEANS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–9760.  GRESHAM v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 94–9761.  MACRI v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–9762.  WILLIAMSON ET AL. v. HAYWOOD COUNTY, NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–9763.  DAMON, AKA RALPH-BEY v. UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 94–9764.  YANEZ v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9765.  WALKER v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.